# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHERN PACPIZZA, LLC, et al.,<br><br>    Defendants. | Case No. 1:21-cv-00547-NONE-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT ON SERVICE OF COMPLAINT<br><br>FIVE-DAY DEADLINE |

On March 30, 2021, Plaintiff George Avalos filed this action against Defendants Southern Pacpizza, LLC, Jimmy D. Sims, Nancy M. Sims, Joanna Martin Stephen, and David William Martin alleging violations of the Americans with Disabilities Act and California law. (ECF No. 1.) Summonses were issued on March 31, 2021. (ECF No. 3.) On April 16, 2021, Plaintiff returned a proof of service showing that Southern Pacpizza, LLC had been served with the summons and complaint, but Plaintiff has not returned a proof of service for any of the other defendants.

There is currently a mandatory initial scheduling conference set in this action for July 20, 2021, before the undersigned. The Court finds that it does not serve the interest of judicial economy to hold the mandatory scheduling conference until all the defendants have been served and filed an answer to the complaint, have been dismissed from the action, or default has been entered.

1

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** from the date of entry of this order Plaintiff shall file a notice informing the Court of the status of service on Defendants Jimmy D. Sims, Nancy M. Sims, Joanna Martin Stephen, and David William Martin and addressing continuance of the mandatory scheduling conference.

IT IS SO ORDERED.

Dated: **July 6, 2021**

UNITED STATES MAGISTRATE JUDGE