# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOUTHERN PACPIZZA, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-00547-NONE-SAB<br><br>ORDER GRANTING EXTENSION OF TIME TO COMPLETE SERVICE AND CONTINUING SCHEDULING CONFERENCE |

On March 30, 2021, Plaintiff George Avalos filed this action against Defendants Southern Pacpizza, LLC, Jimmy D. Sims, Nancy M. Sims, Joanna Martin Stephen, and David William Martin alleging violations of the Americans with Disabilities Act and California law. (ECF No. 1.) Summonses were issued on March 31, 2021. (ECF No. 3.) On April 16, 2021, Plaintiff returned a proof of service showing that Southern Pacpizza, LLC had been served with the summons and complaint, but Plaintiff has not returned a proof of service for any of the other defendants. On July 6, 2021, the Court ordered Plaintiff to file a status report regarding service, and on July 9, 2021, Plaintiff filed a status report requesting a thirty day extension of time to complete personal service due to a change of address of residence of the defendants. The Court finds good cause to grant the requested extension. The Court shall also continue the scheduling conference currently scheduled for July 20, 2021, for a period of sixty (60) days.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have an additional thirty (30) days to complete service on the remaining defendants to be served;

2. The scheduling conference set for July 20, 2021 is CONTINUED to **September 27, 2021, at 11:15 a.m.** in Courtroom 9; and

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **July 12, 2021**

UNITED STATES MAGISTRATE JUDGE