# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>    Plaintiff,<br><br>    v.<br><br>SOUTHERN PACPIZZA, LLC, et al.,<br><br>    Defendants. | Case No. 1:21-cv-00547-NONE-SAB<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME AND FOR CONTINUANCE OF SCHEDULING CONFERENCE<br><br>(ECF No. 11) |

On July 13, 2021, Plaintiff filed a status report requesting an extension of time to serve a defendant named Catherine Mellow, and requesting a continuance of the scheduling conference. (ECF No. 11.) The Court construes the filing as a motion, and the Court shall deny the motion as no such defendant is named in this action, and it appears Plaintiff filed this request under the wrong case number. The has Court already continued the scheduling conference in this action and granted an extension to serve certain defendants on July 12, 2021, pursuant to Plaintiff's request. (ECF Nos. 9, 10.)

/ / /

/ / /

/ / /

/ / /

/ / /

1

1 | Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for an extension of time to serve and for a continuance of the scheduling conference filed on July 13, 2021 (ECF No. 11), is DENIED.

IT IS SO ORDERED.

Dated: **July 14, 2021**

UNITED STATES MAGISTRATE JUDGE